IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>            Plaintiff,                         )<br>                                                            )<br>    vs.                                                )<br>                                                            )<br>JACK E. KAHLO,                              )<br>                                                            )<br>            Defendant.                      ) | 8:08CR158<br><br>ORDER |

For cause shown, and in the interests of justice,

**IT IS ORDERED** that defendant's MOTION TO FILE PRETRIAL MOTION OUT OF TIME [16] is granted, as follows:

  1. The Motion to Suppress [17] filed June 11, 2008 is deemed timely filed.

  2. Defendant's Motion to Suppress [17] is set for hearing on July 16, 2008 at 9:30 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant must be present, unless excused by the Court.

  3. Trial will be set by further order of the court.

**DATED June 12, 2008.**

                                                                BY THE COURT:

                                                                s/ F.A. Gossett
                                                                **United States Magistrate Judge**