IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR158** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JACK E. KAHLO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to withdraw (Filing No. 47) its motion for preliminary forfeiture (Filing No. 46).

IT IS ORDERED:

1. The government's motion to withdraw (Filing No. 47) is granted; and

2. The government's motion for preliminary forfeiture (Filing No. 46) is withdrawn.

DATED this 14th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge