IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR158 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JACK E. KAHLO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 74).

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss (Filing No. 74) is granted; and

2. Count III, the forfeiture count, is hereby dismissed from the Indictment filed herein.

DATED this 15th day of May, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge